CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

MAY 2 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| CAROLYN SWARTZ, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 5:04cv00037 |
| v. | ) ) ) | **FINAL ORDER** |
| RETIREMENT PLAN FOR SALARIED EMPLOYEES OF COMBUSTION ENGINEERING, INC., | ) ) ) ) | By: Samuel G. Wilson United States District Judge |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion entered on this day, it is **ORDERED** and **ADJUDGED** that Defendant's motion for summary judgment is **GRANTED**. This action shall be **STRICKEN** from the active docket of this court.

ENTER: This 25th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE